**Robinson+Cole**

GERALD P. DWYER, JR.

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
gdwyer@rc.com
Direct (860) 275-8331

Also admitted in New York
Massachusetts

> Application **GRANTED.** Defendant shall answer, move, or otherwise respond to the Complaint by **March 7, 2024.** So Ordered.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 8.
>
> *[signature]*
> Dale E. Ho
> United States District Judge
> Dated: February 28, 2024
> New York, New York

February 27, 2024

*Via ECF*
Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Buzwin Donut Corp. T/A The Donut Pub. v. Sentinel Insurance Company, Ltd.
Case No. 24-cv-00737(DEH)

Dear Judge Ho:

We represent Defendant, Sentinel Insurance Company ("Defendant") in the above-referenced matter. We write pursuant to Rule 2.e. of Your Honor's Individual Rules and Practices to respectfully request a one-week extension of time to respond to the Plaintiff's Complaint from February 29, 2024 to and including March 7, 2024. Defendant's counsel was recently retained and requires additional time to investigate the facts of the case, and determine how to appropriately respond to Plaintiff's Complaint. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. Plaintiff's counsel consents to the relief requested herein. The parties next appearance before the Court is scheduled for March 28, 2024 at 12:30. The instant request will not affect the March 28, 2024 appearance.

We appreciate the Court's attention to this matter.

Respectfully,

*[signature]*

Gerald P. Dwyer, Jr.

cc: All Counsel of Record (*via* ECF)