UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZWIN DONUT CORP., <br><br>                       Plaintiff(s), <br><br> v. <br><br> SENTINEL INSURANCE CO., <br><br>                       Defendant(s). | 24 Civ. 737 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On **March 20, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 28, 2024,** at **12:30 p.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

_____
DALE E. HO
United States District Judge