

# Robinson+Cole

AARON F. MANDEL

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
amandel@rc.com
Direct (212) 451-2955

June 20, 2024

**VIA ECF**

Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Buzwin Donut Corp. T/A The Donut Pub v. Sentinel Insurance Co., Ltd.*,
    Case No. 1:24-cv-00737-DEH

Dear Judge Ho:

    We represent Defendant Sentinel Insurance Company, Ltd. ("Sentinel") in the above-referenced matter. Pursuant to Section 2.e. of Your Honor's Individual Rules and Practices in Civil Cases, and with the consent of Plaintiff Buzwin Donut Corp. T/A The Donut Pub, we write to request a 60-day extension of the upcoming deadlines currently in place in the Civil Case Management Plan and Scheduling Order (the "Scheduling Order"). The reason for the request is to accommodate Sentinel's counsel, who is dealing with a family medical issue.

    The Scheduling Order provides the following, upcoming deadlines in connection with this matter:

| **Event** | **Original Deadline** | **Proposed Deadline** |
|---|---|---|
| Plaintiff's Expert Disclosures | June 28, 2024 | August 27, 2024 |
| Completion of Fact Discovery, including depositions | July 26, 2024 | September 24, 2024 |
| Defendant's Expert Disclosures | July 31, 2024 | September 30, 2024 |
| Service of Requests to Admit | August 9, 2024 | October 8, 2024 |
| Completion of Expert Discovery | September 9, 2024 | November 8, 2024 |
| Submission of Joint Status Letter | September 12, 2024 | November 12, 2024 |

---

**Judge's Memo Endorsement:**

Application **GRANTED**. The parties are on notice that further extensions are unlikely to be granted, absent a showing of good cause. The parties are ordered to file an amended case management plan and scheduling order, using the Court's form at https://nysd.uscourts.gov/hon-dale-e-ho, by **June 25, 2024**.

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 17.

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge
New York, New York
Dated: June 21, 2024

---

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

**Robinson+Cole**

Honorable Dale E. Ho
June 20, 2024
Page 2 of 2

| Case Management Conference | September 19, 2024 | November 18, 2024 |
| Submission of Joint Pretrial Order | October 9, 2024 | December 8, 2024 |

    The parties have not made any prior request of the Court to modify the dates in the Scheduling Order.  As stated above, both parties join in and consent to this request. The parties next scheduled court appearance is September 19, 2024 at 11:00 a.m.

    We thank the Court for its consideration of this request.

                                                        Respectfully submitted,

                                                         /s/ *Aaron F. Mandel*
                                                         Aaron F. Mandel

cc:  All Counsel of Record (*via* ECF)