UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZWIN DONUT CORP., <br><br> Plaintiff, <br><br> v. <br><br> SENTINEL INSURANCE COMPANY, LTD., <br><br> Defendant. | 24-CV-737 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

On August 20, 2024, the Court ordered Plaintiff to serve its order directing Non-Parties 203 West and Marin to respond to Defendant's letter within three (3) business days. *See* ECF No. 23. This was in erratum. **<u>Defendant</u>**, not Plaintiff, is directed to serve the Court's Order (ECF No. 22) directing the non-parties to respond. Defendant shall file proof of service on ECF by **August 26, 2023**.

SO ORDERED.

Dated: August 21, 2024
New York, New York

_____
DALE E. HO
United States District Judge