UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZWIN DONUT CORP.,<br><br>                              Plaintiff,<br><br>              v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>                              Defendant. | 24-CV-737 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 20, 2024, Defendant Sentinel filed a motion to compel non-parties Marin Management Corp. ("Marin") and 203 West 14th St., LLC (c/o Marin) ("203 West") to provide responses and documents responsive to the subpoenas that were served on them several months prior to the motion. *See* ECF No. 22. On August 21, 2024, the Court ordered Defendant to serve the Court's order directing the non-parties to respond to the motion within three business days, and to file proof of service by August 26, 2024. *See* ECF No. 24. Defendant timely served proof of service, *see* ECF No. 27, and the non-parties did not file a response to Defendant's motion.

On August 26, 2024, Defendant Sentinel filed a motion to compel non-party AAA Total Plumbing, Inc. ("AAA") to provide responses and documents to the subpoenas that were served on them several months prior to Defendant's motion. *See* ECF No. 30. On August 26, 2024, the Court ordered AAA to respond to the letter by August 30, 2024. *See* ECF No. 31. It ordered Defendant to file proof of service by August 28, 2024. *See id.* Defendant timely filed proof of service, and AAA did not file a response to Defendant's motion.

It is hereby **ORDERED** that Defendant's motions to compel are **GRANTED** with the following modification: the non-parties' responses to the subpoenas shall be due by **September 13, 2024**, rather than by August 30 or September 5, 2024. By **September 16, 2024**, Defendant

2

shall file a status letter with the Court.  Defendants are **ORDERED** to serve the non-parties with this Order within **two business days**, and to promptly file proof of service on ECF.

SO ORDERED.  The Clerk of Court is respectfully requested to terminate ECF Nos. 22 and 30.

Dated: September 3, 2024
      New York, New York

_____
DALE E. HO
United States District Judge
