UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Buzwin Donut Corp.,

       Plaintiff,

v.

Sentinel Insurance Company, Ltd.,

       Defendant.

24 Civ. 737 (DEH)

ORDER

DALE E. HO, United States District Judge:

  Defendant Sentinel Insurance Company, Ltd. ("Sentinel") filed a letter motion with the Court on September 19, 2024 seeking various relief related to subpoenas served on non-parties 203 West 14th Street, LLC ("203 West"), Marin Management Corp. ("Marin"), and AAA Total Plumbing, Inc. ("AAA"), pursuant to this Court's September 3, 2024 Order. *See* ECF Nos. 33, 34, 38. The non-parties have failed to comply with the subpoenas and are in violation of this Court's September 3 Order. *See* ECF Nos. 33, 35.

  Defendant's letter motion, ECF No. 38, is **DENIED** without prejudice. The non-parties: 203 West, Marin, and AAA, are hereby **ORDERED** to produce the documents requested pursuant to their respective subpoenas within two weeks of this Order. The documents shall be produced no later than **October 7, 2024**. Failure to comply with this Order may result in sanctions, including contempt of Court.

  SO ORDERED.

Dated: September 20, 2024
   New York, New York

                   DALE E. HO
                 United States District Judge