

# WEG & MYERS PC
## ATTORNEYS AT LAW

800 Westchester Avenue, Suite N-513  
Rye Brook, New York  
10573

244 Fifth Avenue, Suite J283  
New York, New York  
10001

Telephone: (212) 227-4210  
www.wegandmyers.com

January 6, 2025

**Via ECF**  
Honorable Dale E. Ho  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

                    Re: Buzwin Donut Corp. T/A The Donut Pub v.  
                        Sentinel Insurance Company, Ltd.  
                        Case No.: 1:24-cv-00737-DEH  
                        Our File # 23-121

Dear Judge Ho:

      Plaintiff Buzwin Donut Corp. t/a The Donut Pub ("Buzwin"), with Defendant's consent, respectfully seeks leave to extend the deadline for filing the Joint Pre-Trial Order, originally scheduled for January 7, 2025, by 90 days (to April 7, 2025). This request is made because discovery has not yet concluded.

      Expert discovery is currently scheduled to conclude on January 14, 2025. The parties are in the process of deposing expert witnesses, with the first deposition having taken place on January 2, 2025. The remaining depositions are scheduled to occur in the coming days. This is the first request for an extension of the Joint Pre-Trial Order deadline.

      While Buzwin has previously sought two extensions, one of which was fully granted and the other partially granted, Defendant has also sought and been granted two extensions. Both parties have worked diligently to comply with the Court's deadlines, collaborating in good faith to address challenges and facilitate the discovery process.

      A limited extension of the deadline is necessary to ensure the completion of expert discovery. Granting this request will not prejudice either party and will allow both sides to conclude this phase of discovery thoroughly and efficiently.

Page | 2

For these reasons, Plaintiff respectfully requests that the Court extend the deadline for filing the Joint Pre-Trial Order by 90 days.

We appreciate the Court's understanding and consideration of this request.

Respectfully submitted,<br>
**WEG AND MYERS, P.C.**<br>
*Attorneys for Plaintiffs*

By: *[signature]*<br>
Maria B. Villavicencio, Esq. (594195)

cc: All Counsels of Record (*via ECF*)

Application **GRANTED IN PART**. The parties' deadline for filing their proposed Joint Pretrial Order is **ADJOURNED SINE DIE**. The parties shall be prepared to discuss this Order at the case management conference scheduled for January 16, 2025. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 49.

Dated: January 6, 2025
New York, New York

*[signature]*
Dale E. Ho
United States District Judge