UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZZWIN DONUT CORP,<br><br>      Plaintiff,<br><br>  v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>      Defendant. | 24-CV-737 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The parties are advised that the dial-in information for the case management conference on January 16, 2025, at 12:00 PM has changed. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 605 813 379, followed by the pound (#) sign.

  SO ORDERED.

Dated: January 14, 2025
   New York, New York

                      DALE E. HO
                      United States District Judge